IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Dr. Anna Vertkin**,
    Plaintiff(s),

v.

**Michael Vertkin**
    Defendant(s).
_____/

No. **C-07-4471 -SC**

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled **Defendant's Motion to Dismiss** on **November 16, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 9/28/07

FOR THE COURT,

Richard W. Wieking, Clerk

by: T. De Martini
    Courtroom Deputy Clerk