POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>ROBERT L SHEPARD SBN 197240<br>ROBERT L. SHEPARD, LAW OFFICES<br>760 MARKET STREET<br>SUITE #706<br>SAN FRANCISCO CA 94102<br>415-951-8234<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY |
|---|---|
| District Court<br>Northern District, San Francis<br>450 Golden Gate Ave<br>San Francisco CA 94102 | |

| PLAINTIFF/PETITIONER: Anna Vertkin | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Michael Vertkin | C07447 1SC |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>L-07-0897 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Complaint
   Summons
   Order Setting Initial Case Management Conference
   ECF Registration Information

3a. Party served:

   MICHAEL VERTKIN

4. Address where party was served:

   441 COLLEGE AVENUE
   SANTA ROSA CA 95401

5. I Served the party
   a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party

      (1) on: 09/06/07    (2) at: 3:42PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. Person who served papers
   a. Name: JULIA ARDOIN
   b. Address: 1199 MONTEREY PASS RD  MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $79.50
   e. I am:
      (3) [X] registered California process server:

CONTINUED ON THE NEXT PAGE

Form Printed for Montgomery Use
Judicial Council of California POS-010
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 568518

| PLAINTIFF/PETITIONER: | Anna Vertkin | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Michael Vertkin | C074471SC |

    (i) [X] Independent contractor
    (ii) Registration No.: P-381    Expires:
    (iii) County: SONOMA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

09/12/07
JULIA ARDOIN
RAPID LEGAL INC., LOS ANGELES CO. REG # 1107, EXPIRES 02-27-09

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
Invoice No.: 568518