Oct 03 2007 10:54AM   ...M & ASSOCIATES                707-578-1133          p.2

Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
phone 415-203-1116
fax     707-938-3844

Michael Vertkin, Defendant, *pro se*

United States District Court

Northen District of California

| | |
|---|---|
| Dr. Anna Vertkin,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Michael Vertkin, and Does 1-20.<br><br>　　　　Defendants | Case No.: C 07 4471 SC<br><br>**Motion to e-file** |

Michael Vertkin, *pro se*

### MOTION TO E-FILE

1. I request this court to grant me permission to "e-file" on the Case C 07 4471 SC starting October 1, 2007. I am a Defendant in the above case and cannot afford an attorney. I live and work in Sonoma and "e-filing" would help me to save costs and commute.

Thank you, for your consideration.

September 28, 2007                                         Respectfully submitted,

                                                            [signature]
                                                            Michael Vertkin, Defendant, *pro se*

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 10/9/07]

Motion to e-file Case C 07 4471 sc - 1

10353743 tif - 10/3/2007 10 41 45 AM