| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Manton L. Selby<br>SBN 44350<br>205 Camino Alto #235<br>Mill Valley, CA 94941 | 415- 383-9030 | FILED<br><br>SEP 0 5 2007<br><br>KIM TURNER<br>Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: N. Jones Deputy |

ATTORNEY FOR (Name): Anna Vertkin

Insert name of court and name of judicial district and branch court, if any:

Superior Court of California, County of Marin

PLAINTIFF/PETITIONER: MICHAEL VERTKIN

DEFENDANT/RESPONDENT: ANNA VERTKIN

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [ ] Personal Injury, Property Damage, or Wrongful Death<br>    [ ] Motor Vehicle    [ ] Other<br>[X] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | FL 064242 |

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:

a. (1) [X] With prejudice    (2) [ ] Without prejudice

**BY FAX**

b. (1) [ ] Complaint    (2) [ ] Petition
(3) [ ] Cross-complaint filed by (name):
(4) [ ] Cross-complaint filed by (name):
(5) [ ] Entire action of all parties and all causes of action
(6) [X] Other (specify):* Respondent's Request for Restraining Orders Under DVPA, currently scheduled
for hearing in Department A on 9/28/07. TRO against Petitioner shall be dissolved forthwith.

on (date):
on (date):

Date: 8/29/07

Manton L. Selby
_____
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

► _____ (SIGNATURE)
Attorney or party without attorney for: Respondent, Anna Vertkin

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[ ] Plaintiff/Petitioner    [X] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date: 8/29/07

R. Genyne Long
_____
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

► _____ (SIGNATURE)
Attorney or party without attorney for: Petitioner, Michael Vertkin

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): **SEP 0 5 2007**
4. [ ] Dismissal entered on (date): _____ as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
    b. Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to conform    [ ] means to return conformed copy

VERNA ADAMS

Date: **SEP 0 5 2007**    Clerk, by __Judicial Signature_____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form

REQUEST FOR DISMISSAL

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233

10221172.tif - 8/29/2007 4:45:33 PM