ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

November 28, 2007

Robert Lewis Shepard
Law Office of Robert L. Shepard
760 Market Street, Suite 706
San Francisco, CA 94102-2307
415-951-8234

Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
415 209-1116

Re:   Vertkin v. Vertkin
      Case No. C 07-04471 SC ENE

Dear Mr. Vertkin and Counsel:

We have received notification from Samuel Conti that the referenced case was referred to ENE on November 20, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Wednesday, December 5, 2007 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached. If you are not available at this time, please contact the other participants and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf