Robert L. Shepard (Bar# 197240)
The Law Office of Robert L. Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
Phone (415) 951-8234
Fax (415) 951-8233

Attorney for Plaintiff,
Dr. Anna Vertkin

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANNA VERTKIN<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VERTKIN and DOES 1-20<br><br>Defendants | CASE NO:    C 07-04471 SC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of NOVEMBER 30, 2007 , other than the named parties, there is no such interest to report.

Dated: November 30, 2007

Respectfully submitted,

/s/ Robert L. Shepard 197240
_____
ROBERT L. SHEPARD
Attorney for Plaintiff Dr. Anna Vertkin

PLAINTIFF'S DR. ANNA VERTKIN'S CERTIFICATION OF INTERESTED PERSONS