Robert L. Shepard (Bar# 197240)
The Law Office of Robert L. Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
Phone (415) 951-8234
Fax (415) 951-8233

Attorney for Plaintiff,
Dr. Anna Vertkin

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANNA VERTKIN | CASE NO:    C 07-04471 SC |
| Plaintiff, | **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26** |
| v. | |
| MICHAEL VERTKIN and DOES 1-20 | |
| Defendants | |

COMES NOW plaintiff, DR. ANNA VERTKIN, files the initial disclosures required by F.C.R.P. 26(a) at the time of the Joint Scheduling Conference or within 14 days thereafter, as required by the rules of the Court

**A.    F.C.R.P. 26(a)(1)(A)**

Plaintiff identifies the following persons and legal entities that he believes to have knowledge regarding the matters that are the subject of this lawsuit:

1. Plaintiff, Dr. Anna Vertkin

2. Defendant, Michael Vertkin

3. Agent for Best buy/Geek squad, Marin City

4. Agent for Forensic Computer Service

5. Agent for E*Trade Financial Services

      6. Building Manager, Virginia Gilbert

Plaintiff is in the process of locating said witnesses and will provide their addresses and other pertinent information as they are found. Plaintiff reserves the right to identify and discover further witnesses.

**B    F.C.R.P. 26(a)(1)(B)**

    1. Computer recovery records dated January 2007.

    2. Copies of E*Trade Account information for September 2006, and October 2006.

    3. Copies of Well Fargo Bank Account #2934323466 reflecting activities from September 2006 through October 2006.

Plaintiff is in the process of locating said information and will provide copies to the Defendant as they are located. Plaintiff reserves the right to include such information as it becomes available through further disclosure or discovery.

**C.    F.C.R.P. 26(a)(1)(C)**

Plaintiff is seeking damages allowed under the 42 U.S.C. 1301C (1177) for violation of her rights in amount not less than $100,000.00 to be determined by a jury at trial. Additionally, plaintiff seeks relief in the amount of $500.00 per violation for violations of 18 USC 2511(A), (C). Plaintiff is also seeking damages allowed under the 18 U.S.C. 1001 to be determined by a jury at trial in its fair and enlightened conscience**.** Further, plaintiff is seeking damages and statutory damages allowed under California State Tort law for trespass to chattel, and invasion of privacy- intrusion of solitude. Plaintiff seeks special damages to be determined by proof to account for all future wage earning. Plaintiff is also seeking compensatory damages under state law for the claims plead in this lawsuit, and plaintiff will make an election of remedies or damages after entry of verdict by the jury and before entry of judgment by the Court. Plaintiff seeks punitive damages at the rate of three times the amount of compensatory and special

damages awarded.  Plaintiff is seeking costs in this matter to be determined as this case proceeds, and attorney's fees in an amount not less than $300.00 per hour for the time of plaintiffs counsel, Robert L. Shepard.

**D.    F.C.R.P. 26(a)(1)(D)**

Plaintiff is unaware of whether any defendant herein is covered by insurance and defendants' counsel has not disclosed such information.

WHEREFORE, plaintiff files the above initial disclosures prior to or within 14 days of the Joint Scheduling Conference as required by F.R.C.P. 26(f).  As additional information is obtained during the course of discovery in this case, and through the receipt of information from third parties, plaintiff and her counsel will supplement and amend her initial disclosures, including the identification of documents, parties, and other information in the consolidates pretrial order that is required by this Court.

Dated: November 26, 2007

Respectfully submitted,

/s/ Robert L. Shepard 197240

———————————————

ROBERT L. SHEPARD
Attorney for Plaintiff Dr. Anna Vertkin