Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
phone 415-203-1116
fax    707-938-3844

Pro se: Defendant Michael Vertkin

United States District Court

Northern District of California

| | |
|---|---|
| Dr. Anna Vertkin, | Case No.: C 07 4471 SC |
| Plaintiff, | |
| vs. | **Defendant's Certification of Interested Entities or Persons** |
| Michael Vertkin, and Does 1-20. | |
| Defendants | |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of November 30, 2007, other than the named parties, there is possibility that there are two other parties which might have interest in the outcome of the above complaint: Blue Shield of California and United HealthCare Group. Plaintiff is in litigation with the above parties in Marin County Superior Court Case No. CIV035101.

    Defendant believes that some of the allegations of violation of the California Business and Professional Code in instant complaint are similar to Plaintiff's allegation against Blue Shield of California and United HealthCare Group in Marin County Superior Court Case No. CIV035101.

Dated: November 30, 2007          Respectfully submitted,

                                                                     _____

                                                                     Michael Vertkin, *pro se*