Robert L. Shepard (Bar# 197240)
The Law Office of Robert L. Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
Phone (415) 951-8234
Fax (415) 951-8233

Attorney for Plaintiff,
Dr. Anna Vertkin

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANNA VERTKIN | CASE NO:   C 07-04471 SC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |
| v. | |
| MICHAEL VERTKIN and DOES 1-20 | |
| Defendants | |

COMES NOW both parties in this matter requesting that the Honorable Judge Conti extend the deadline to complete our agreed upon ENE until June 25, 2008, two months after the next scheduled case management conference. Both parties agree that this case is too early for any effective ADR to occur before that time.

Dated: January 4, 2008

Respectfully submitted,

/s/ Robert L. Shepard 197240
_____
ROBERT L. SHEPARD
Attorney for Plaintiff Dr. Anna Vertkin

_____
Defendant: Michael Vertkin