Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476

Phone   415-203-1116
Fax      707-938-3844
E-mail hippobegemot@hughes.net

Defendant Michael Vertkin, *Pro se*

**United States District Court**

**Northern District of California**

| | |
|---|---|
| Dr. Anna Vertkin, <br><br>       Plaintiff, Counter-Defendant <br><br>    vs. <br><br> Michael Vertkin, and Does 1-20. <br><br>       Defendants, Counter-Claimant | Case No.: C 07 4471 SC <br><br> **Request for Entry of Default and Supporting Affidavit** <br> Defendant/Counter-Claimant Michael Vertkin requests to enter Default against Plaintiff /Counter-Defendant Dr. Anna Vertkin for failure to answer counter- claim and affirmative defenses.  FRCiv.P. 55(a) |

**APPLICATION FOR ENTRY OF DEFAULT
AND SUPPORTING AFFIDAVIT.**

COME NOW the Defendant/Counter Claimant, Michael Vertkin, *Pro Se* and requests Clerk, pursuant to of FRCiv.P 55(a), to enter default against Plaintiff/ Counter- Defendant Dr. Anna Vertkin in the above entitled action for failure to plead, answer or otherwise defend as set forth in the Affidavit attached.

Respectfully submitted                                             **/S/**
                                                                   _____
                                                                   Michael Vertkin, defendant/counter-claimant, *pro se*

Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476

Phone  415-203-1116
Fax       707-938-3844
E-mail hippobegemot@hughes.net

Defendant Michael Vertkin, *Pro se*

## United States District Court

## Northern District of California

| | |
|---|---|
| Dr. Anna Vertkin, | ) Case No.: C 07 4471 SC |
| Plaintiff, | ) **Affidavit in support of Entry of Default** |
| vs. | ) Defendant's Michael Vertkin requests to enter |
| | ) Default against Plaintiff Dr. Anna Vertkin for |
| | ) failure to answer counter claim and affirmative |
| Michael Vertkin, and Does 1-20. | ) defenses. Fed.R.Civ.P. 55(a) |
| Defendants | ) |

### AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

State of California

County of Sonoma

PERSONALLY CAME AND APPEARED BEFOR ME, the undersigned authority in and for the jurisdiction aforesaid, the within named Michael Vertkin, who, having first been duly sworn by me, stated on oath the following:

1. I am Defendant, Michael Vertkin, and have personal knowledge of the facts set forth in this Affidavit.

2. A copy of Contra claim together with Affirmative Defenses was served upon the Plaintiff, her counsel being registered ECF user, by means of Electronic Case Filing with

1  the court on **February 7, 2008**, pursuant to FRCiv.P. 5(e), Civil LR 5-5(b) and General
2  Order No 45, "Electronic Case Filing" Section IX.

3. That more that 20 days have elapsed since the date on which the said Plaintiff was served with the Contra claim and the copy of the Affirmative Defenses.

4. That the Plaintiff has failed to answer or otherwise defend as to Defendant's Contra claim and Affirmative Defenses, or serve a copy of any Answer or other defense or reply which he might have upon the undersigned Defendant.

5. This Affidavit is executed by affiant herein in for the proposes enabling the Defendant to obtain an entry of default against the Plaintiff for the failure to answer or otherwise defend as to the Defendant's Counter claim and affirmative defenses.

_____
Michael Vertkin, *Pro Se*

SWORN TO AND SUBSCRIBED BEFORE ME,

this __7th__ day of March, 2008

_____
NOTARY PUBLIC

JONE GAMBLE
Commission # 1743528
Notary Public - California
Sonoma County
My Comm. Expires May 4, 2011

My Commission Expires:

May 4, 2011

**United States District Court**

**Northern District of California**

| | |
|---|---|
| Dr. Anna Vertkin, | ) Case No.: C 07 4471 SC |
| | ) |
| Plaintiff, counter-defendant | ) **Proposed Entry of Default against Plaintiff/Counter-Defendant Dr. Anna Vertkin** |
| vs. | ) |
| | ) For failure to answer or otherwise defend |
| Michael Vertkin, and Does 1-20. | ) Counter claim and affirmative defenses |
| | ) |
| Defendants, counter-claimant | ) |

### ENTRY OF DEFAULT.

It appearing that the Counter claim and affirmative defenses were filed in this case on February 7.2008 by Defendant, Michael Vertkin, and were duly served upon the Plaintiff/Counter-defendant, Dr. Anna Vertkin and her counsel, and no answer or other pleading has been filed by said Plaintiff/Counter-defendant or her counsel as required by law.

Therefore, upon request of the Defendant, default is hereby entered against the Plaintiff/Counter-defendant Dr. Anna Vertkin, as provided in Rule 55(a), Federal rules of Civil Procedure

                                                                                Clerk

Entry of Default Case C 07 4471 - 1