ROBERT L. SHEPARD (#197240)
The Law Office of Robert Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
(415) 951-8234 Voice
(415) 951-8233 Fax
sheplaw@yahoo.com

*Attorney for Plaintiff*
*Dr. Anna Vertkin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Anna Vertkin,<br><br>       Plaintiff,<br><br>   vs.<br><br>Michael Vertkin, and Does 1-20,<br><br>       Defendants | Case No.: C 07 4471<br><br>**PLAINTIFF DR. ANNA VERTKIN'S OPPOSITION TO DEFENDANT MICHAEL VERTKIN'S REQUEST FOR ENTRY OF DEFAULT; PROPOSED ORDER**<br><br>Date Action Filed:   August 29, 2007 |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE COURT:

   Plaintiff Dr. Anna Vertkin opposes Defendant Michael Vertkin's Request for Entry of Default on the following two grounds:

   First, Judge Conti made it clear in the first Case Management Conference that was held on 12/7/2007 that the case would not proceed until more detailed information could be ascertained regarding the pending dissolution of marriage between the parties, which was to occur at the next Case Management Conference scheduled for April 25, 2008.  If would therefore be improper to require plaintiff to file an Answer when the case is otherwise on hold.

   Second, Defendant Michael Vertkin's Cross Complaint was improperly plead and buried behind affirmative defenses of his answer, and not as a separate entry on the docket.  While the

court will rightfully allow an in pro per party some procedural latitude, the court should not allow that in pro per party to take advantage of such. Furthermore, there was no professional courtesy is calling me to inform me of his intent to file his Request for Entry of Default, particularly when I extended him that courtesy when his time to file his Answer was approaching.

    Respectfully, I request that Mr. Michael Vertkin's request be denied, and Anna Vertkin be allowed to file an Answer to the Cross Complaint.

Dated: March 12, 2008                  ____/s/_____
                                                 Robert L. Shepard, Attorney for Plaintiff
                                                 Dr. Anna Vertkin

ROBERT L. SHEPARD (#197240)
The Law Office of Robert Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
(415) 951-8234 Voice
(415) 951-8233 Fax
sheplaw@yahoo.com

*Attorney for Plaintiff*
*Dr. Anna Vertkin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Anna Vertkin, ) | Case No. C 07 4471 SC |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| vs. ) | Date Action Filed:   August 29, 2007 |
| Michael Vertkin, and Does 1 to 20, ) | MOTION DATE:   November 16, 2007 |
| ) | TIME:   10:00 am |
| Defendants ) | LOCATION:   17th Floor, Courtroom 1 |

The request of Defendant Michael Vertkin to Enter Default in case number C 07 4471 SC is denied.

Dated: _____     _____
                          Judge of the United States District
                          Court of the Northern District of California