1  Robert L. Shepard (Bar# 197240)
   The Law Office of Robert L. Shepard
   760 Market Street, Suite #706
2  San Francisco, California 94102-2307
   Phone (415) 951-8234
3  Fax (415) 951-8233

4  Attorney for Plaintiff,
   Dr. Anna Vertkin
5
   **IN THE UNITED STATES DISTRICT COURT**
6
   **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7

8
   | | |
   |---|---|
   | DR. ANNA VERTKIN ) | CASE NO:   C 07-04471 SC |
   | ) | |
   | ) | **ANSWER TO COUNTER-CLAIM** |
   | Plaintiff, ) | |
   | ) | |
   | v. ) | |
   | MICHAEL VERTKIN and DOES 1-20 ) | |
   | ) | |
   | Defendants ) | |
   | ) | |
   | ———————————— ) | |
   | ) | |
   | Michael Vertkin, ) | |
   | ) | |
   | Cross Complaintant ) | |
   | ) | |
   | v. ) | |
   | ) | |
   | Anna Vertkin ) | |
   | ) | |
   | Cross Defendant ) | |

Cross-Defendant Dr. Anna Vertkin answers the cross complaint of Michael Vertkin in response to each numbered paragraph hereof, states:

62. N/A

63. Denied

64. Denied

Answer to Cross Complaint - 1

1  65. Denied
2  66. N/A
3  67. Denied
4  68. Denied

6  Dated: March 14, 2008

Respectfully submitted,

/s/ Robert L. Shepard 197240

ROBERT L. SHEPARD
Attorney for Plaintiff Dr. Anna Vertkin

Answer to Cross Complaint - 2