**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

March 18, 2008

RE: CV 07-04471 SC     DR ANNA VERTKIN -v- MICHAEL VERTKIN

Default is declined as to Plaintiff Dr. Anna Vertkin on 3/18/08.


RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator