Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
phone 415-203-1116
Fax   707-938-3844

Michael Vertkin, Defendant, *Pro se*

United States District Court

Northern District of California

Dr. Anna Vertkin,                ) Case No.: C 07 4471 SC
                                 )
           Plaintiff,            ) **STIPULATION**
                                 ) **TO EXTEND DEADLINE TO COMPLEATE**
    vs.                          ) **EARLY NEUTRAL EVALUATION**
                                 )
Michael Vertkin, and Does 1-20.  )
                                 )
           Defendants            )

COMES NOW both parties in this matter requesting that the Honorable Judge Conti extended deadline to complete our agreed upon ENE until September 26, 2008, sixty days after the next scheduled Case Management Conference. Both parties agreed that this case is not ready for any effective ADR to occur prior to that date.

Date: JUNE 6, 2008                        Respectfully submitted,


                                          /S/ Michael Vertkin
                                          _____
                                          Michael Vertkin, defendant, *pro se*


Stipulation to extend deadline to complete early neutral evaluation C 07 4471 SC - 1

1

2    ROBERT L. SEPARD
     Attorney for Plaintiff Dr. Anna Vertkin
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation to extend deadline to complete early neutral evaluation C 07 4471 SC - 2