Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
phone 415-203-1116
Fax    707-938-3844

Michael Vertkin, Defendant, *Pro se*

United States District Court

Northern District of California

| | |
|---|---|
| Dr. Anna Vertkin, | ) Case No.: C 07 4471 SC |
| | ) |
| Plaintiff, | ) **STIPULATION** |
| | ) **TO EXTEND DEADLINE TO COMPLEATE** |
| vs. | ) **EARLY NEUTRAL EVALUATION** |
| | ) |
| Michael Vertkin, and Does 1-20. | ) |
| | ) |
| Defendants | ) |

COMES NOW both parties in this matter requesting that the Honorable Judge Conti extended deadline to complete our agreed upon ENE until September 26, 2008, sixty days after the next scheduled Case Management Conference. Both parties agreed that this case is not ready for any effective ADR to occur prior to that date.

Date: JUNE 6, 2008

Respectfully submitted,

/S/ Michael Vertkin

Michael Vertkin, defendant, *pro se*

*IT IS SO ORDERED*
/s/ Judge Samuel Conti

Stipulation to extend deadline to complete early neutral evaluation C 07 4471 SC - 1

1
2          ROBERT L. SEPARD
           Attorney for Plaintiff Dr. Anna Vertkin
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stipulation to extend deadline to complete early neutral evaluation C 07 4471 SC - 2