1  Robert L. Shepard (Bar# 197240)
   The Law Office of Robert L. Shepard
2  760 Market Street, Suite #706
   San Francisco, California 94102-2307
3  Phone (415) 951-8234
   Fax (415) 951-8233
4
   Attorney for Plaintiff
5  Dr. Anna Vertkin

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9  Dr. Anna Vertkin                    ) Case No.: C 07 4471
                                        )
10         Plaintiff,                   ) **PLAINTIFF'S EX-PARTE FIRST**
                                        ) **REQUEST AND [PROPOSED] ORDER**
11     vs.                              ) **SHORTENING TIME TO HEAR**
                                        ) **DEFENDANT'S MOTION TO EXTEND**
12 Michael Vertkin, and Does 1-20.      ) **THE DEADLINE FOR EARLY NEUTRAL**
                                        ) **EVALUATION**
13         Defendants                   )
                                        ) Date of Motion: August 20, 2008
14                                      ) Time 4:30 pm
                                        ) Judge: The Honorable Samuel Conti
15

16      Under ADR Local Rule 16-1(c), Plaintiff Dr. Anna Vertkin, through her counsel, move

17 for leave of Court to extend the deadline for conducting an Early Neutral Evaluation ("ENE"

18 Session and for an order shortening time. The parties are currently scheduled for an ENE

19 conference on August 21, 2008. Both parties have filed their respective ENE statements with

20 the ENE evaluator.

21      Plaintiff is doctor traveling abroad for medical practice purposes. Plaintiff had scheduled

22 her return prior to the schedule ENE Conference. As a requirement of the foreign

23 government where Plaintiff is traveling she had to surrender her passport as part of her

24 medical credential review. On August 15, 2008, Plaintiff notified her attorney that she was

25

Plaintiff's Ex-Parte First Request To Shorten Time and to Extend The Deadline For Early
                          Neutral Evaluation - 1

just informed by the government agency that there would be a three month delay in returning her passport to her and until that time she would be unable to leave the country.

On August 15, 2008, immediately upon learning of Plaintiff's unavailability, Plaintiff's counsel contact the pro per Defendant, Mr. Michael Vertkin and ENE evaluator to give them notice that Plaintiff would not be able to attend the currently scheduled ENE.  Plaintiff had a few weeks prior requested of Defendant to agree to Stipulate to continue the ENE, but Defendant denied the request.  Defendant had requested an extension prior to that which Plaintiff did agree to.

Plaintiff just learned of the unavailability and argues that the failure of a foreign government to return Plaintiff's passport should be considered an extraordinary circumstance.

Plaintiff requests an order resetting the Early Neutral Evaluation Conference to November 19, 2008 and an Order shortening time.

Dated this 18th day of August, 2008

/s/
_____
The Law Office of Robert L. Shepard
760 Market Street, Suite 706
San Francisco, California 94102-2307
Robert L. Shepard (Bar#197240)