Michael Vertkin
1982 Sobre Vista Road
Sonoma, CA 95476
phone   415-203-1116
Fax      707-938-3844
hippobegemot@hughes.net

Michael Vertkin, Defendant, Pro se

United States District Court

Northern District of California

Dr. Anna Vertkin,

        Plaintiff/Counter Defendant,

   vs.

Michael Vertkin, and Does 1-20.

      Defendants/Counter Claimant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C 07 4471 SC

**DEFENDANT MICHAEL VERTKIN'S REPLY  AND OPPOSITION TO PLAINTIFF EX-PARTE MOTION  TO EXTEND DEADLINE FOR EARLY NEUTRAL EVALUATION**

Date action filed:      August 29,2007

Motion date:            August 20, 2008
Time:                   4:30 pm
Location:               17th Floor, Courtroom1
Judge                    Hon. Samuel Conti

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE COURT

Defendant Michael Vertkin opposes to Plaintiff's Dr. Anna Vertkin request the above entered

action, on the following grounds:

      According to ADR Local Rule 5-5(a) Request for extension of the deadline for

conducting ENE session <u>must</u> be made 15 days prior to ENE session, therefore request for

extension is untimely and must be denied. Plaintiff was aware and agreed to hold ENE session

on August 21, 2008 for months. Just few days ago, on August 11, 2008 Plaintiff in her ENE

statement represented that she will appear in person for ENE session.

Plaintiff provided no evidence that foreign government holding her documents. She did not even specify the country which allegedly holding her passport or if she requested the help of US Embassy or US State department. Defendant believes and therefore alleges that the reason why she does not explain which government holding her passport is that a telephone call to that country's embassy would reveal that it is just another fabrication. Even if Dr. Vertkin is traveling abroad no government in the world holds US Citizen's passport, unless he or she has committed a crime in the country.

Just a month ago in a letter to Defendant's divorce attorney Plaintiff demanded to postpone marriage dissolution trial, stating that she has six month obligation to US Military. When requested to provide any evidence of her military obligations, Plaintiff produced none. Now she comes up with this latest excuse that some mysterious foreign government holding her documents.

Plaintiff was informed and aware that in order complete ENE session on August 21, 2008, Defendant had to postpone a medical procedure. Plaintiff is also aware that Defendant Michael Vertkin has no funds or place to live at the end of August, forced to move from the Bay Area and cannot afford to travel to attend yet another hearing, much less to hire an attorney to represent him. All of this due to Plaintiff's two years of delays and harassment in the divorce proceedings. Plaintiff retained most of the family funds and residence in Marin County after separation. For two years Plaintiff use community funds in her possession to harass Defendant and delay marriage dissolution trail. She used 7(seven) different attorneys in marriage dissolution case and are on her 10th attorney of record change in that case. Defendant is informed and believes that Plaintiff transferred all of the community funds to numbered Swiss accounts, in blatant disregard to Family Court restraining orders.

In addition, Plaintiff has hearings on August 22, 2008 in marriage dissolution case on the motion presented by the Plaintiff herself, which she was ordered by the Court to attend in person.

Defendant view this latest delay as frivolous and an attempt by Plaintiff to gain further advantage in the divorce proceedings, presented for the purpose to harass, cause needless delay and increase in cost of litigation for the Defendant. In his ruling on Defendant's Motion to dismiss, dated December 2.2007 Hon. Judge Samuel Conti explicitly warn Plaintiff not to use instant proceeding including pleadings and motions, for any improper purposes, such as harassment or delay. In spite of the warning Plaintiff did just that. In her Bench –Bar settlement statement in the divorce case she offered to dismiss instant case, if the Defendant agrees to forgo equitable community distribution. She filed motion in the Family Court for a continuance of the trial in marriage dissolution case, stating that the marriage dissolution case is dependant on outcome of this instant case for the purposes of community assets distribution, at the same time she is moving this Court to delay proceedings.

WHEREFORE, Defendant prays for judgment as follows:

1. Deny Plaintiff's request to extend deadline for ENE session.
2. Compel Plaintiff/ Counter Defendant Dr. Anna Vertkin to attend this ex-parte motion hearing, at least telephonically, in order to explain on what grounds and which foreign government holding her documents.
3. Impose sanctions against Plaintiff in sum of $25,000, a minimum amount of retainer required by an attorney, to represent Defendant in this instant Case. This will allow the Defendant to retain a counsel, and avoid future harassment by the Plaintiff and her attorney.
4. Fines and sanctions against Plaintiff under Rule 11, Fed.R.Civ.P. for filing frivolous and unfounded motion, in order to gain advantage in the divorce case, in spite explicit orders of this Court.
5. Such other relief as may be warranted or as is just and proper.

1

2  *Dated: August19, 2008*

3                                                        Respectfully submitted
                                                         / ᘓᘔ /

4                                    _____

                                     Michael Vertkin, defendant, *pro se*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25