United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. ANNA VERTKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL VERTKIN, and Does 1-20,<br><br>　　　　Defendants. | Case No. 07-4471 SC<br><br>ORDER WITHDRAWING ACTION FROM COURT-SPONSORED ADR |

　　　The parties are currently scheduled to participate in an Early Neutral Evaluation ("ENE") conference on August 21, 2008, as part of the District's Court-Sponsored Alternative Dispute Resolution program.  Plaintiff Dr. Anna Vertkin filed an ex parte application to reschedule the ENE conference, and requested that the Court consider this application on an expedited basis.  Docket No. 37.  Defendant Michael Vertkin opposed the application and requested that the Court order Plaintiff to appear as scheduled on August 21.  Docket No. 38.

　　　The Court has reviewed the submissions from both parties. The Court concludes that the parties' continued participation in court-sponsored ADR will likely be fruitless and would be a misuse of court resources.  The Court therefore ORDERS that this matter be withdrawn from ENE.  If the parties desire to settle this matter out of court, they will have to engage in private ADR.

　　　IT IS SO ORDERED.

　　　Dated: August 21, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE