Robert L. Shepard (Bar# 197240)
The Law Office of Robert L. Shepard
760 Market Street, Suite #706
San Francisco, California 94102-2307
Phone (415) 951-8234
Fax (415) 951-8233

Attorney for Plaintiff,
Dr. Anna Vertkin

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANNA VERTKIN )<br>)<br>     Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL VERTKIN and DOES 1-20 )<br>)<br>     Defendants ) | CASE NO:   C 07-04471 SC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

COMES NOW both parties filing a Joint Case Management Statement required by Civil L.R 16-9.  Previous Case Management Conference Statements are already on file.

**STATUS**

This case has been removed from the ENE calendar pursuant to the Honorable Samuel Conti's ruling dated August 21, 2008.  At the prior Case Management Conference, Judge Conti requested to be apprised of the current status of the state court dissolution of marriage action.  The parties have a trial date of September 22, 2008 to resolve the pending property issues.

**DISCOVERY**

To date no discovery has occurred.  The parties are ready to begin discovery or can wait for a further CMC after the dissolution of marriage trial is over.  Parties prefer the latter.

**SCHEDULING**

The following times are estimated dates only;

Designation of experts — July 31, 2009

Discovery cutoff — August 31, 2009

Hearing of dispositive motions – September 30, 2009

Pretrial Conference and trial – November 30, 2009

WHEREFORE, both parties file the above Case Management Statement pursuant to Civil Local Rule 16-9.

Dated: August 26, 2008

Respectfully submitted,

/s/ Robert L. Shepard 197240

_____
ROBERT L. SHEPARD
Attorney for Plaintiff Dr. Anna Vertkin

_____
MICHAEL VERTKIN
Defendant, in pro per