**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    DR. ANNA VERTKIN,

4          Plaintiff(s),                                No.  C-07-4471 SC

5      v.

6    MICHAEL VERTKIN,                                   Clerk's Notice

7          Defendant(s).

8    _____/

9

10   YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference**

11   scheduled for **September 19, 2008** before the Honorable Samuel Conti. The conference has been

12   reset for **December 12, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management

13   Conference Statement seven days prior to the conference.

14   Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San

15   Francisco, CA 94102.

16

17

18

19

20

21

22

23

24   Dated: August 28, 2008                            FOR THE COURT,

25                                                      Richard W. Wieking, Clerk

26                                                      By:   T. De Martini
27                                                            Courtroom Deputy Clerk

28